UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EDWARD ROYA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CRANE MAINTENANCE COMPANY, LLC, et al.,<br><br>Defendants. | Case No.  24-cv-06321-VC<br><br>**ORDER GRANTING MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 40, 41 |

The motions to dismiss are granted for the reasons discussed at the hearing. The claims against the individual defendants are dismissed without leave to amend. The claims against Pacific Crane Maintenance Company and Pacific Maritime Association are dismissed with leave to amend. The amended complaint is due within twenty-one days of the filing date of this order.

**IT IS SO ORDERED.**

Dated: January 10, 2025

VINCE CHHABRIA
United States District Judge