UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EDWARD ROYA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC CRANE MAINTENANCE COMPANY, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-06321-VC<br><br>**ORDER GRANTING MOTIONS TO DISMISS, DISMISSING CLAIMS WITH PREJUDICE**<br><br>Re: Dkt. Nos. 69, 70 |

　　The motions to dismiss are granted. While the Court is aware that Roya is proceeding pro se, the Court has now given him three opportunities to press his claims. And despite receiving an extension of time to respond to the motions to dismiss, Roya did not file opposition briefs. As the Court notified Roya, *see* Dkt. No. 75, the Court is construing his failure to oppose the motions to dismiss as a statement of non-opposition and evidence of Roya's consent to the granting of the motions to dismiss. His claims are dismissed with prejudice and without leave to amend.

　　**IT IS SO ORDERED.**

Dated: June 26, 2025

VINCE CHHABRIA
United States District Judge